PER CURIAM.
Affirmed. See State v. Tripp, 591 So.2d 1055 (Fla. 2d DCA 1991). As in the cited case we certify the following question to the supreme court:
IF A TRIAL COURT IMPOSES A TERM OF PROBATION ON ONE OFFENSE CONSECUTIVE TO A SENTENCE OF INCARCERATION ON ANOTHER OFFENSE, CAN JAIL CREDIT FROM THE FIRST OFFENSE BE DENIED ON A SENTENCE IMPOSED AFTER A REVOCATION OF PROBATION ON THE SECOND OFFENSE?
DANAHY, A.C.J., and CAMPBELL and THREADGILL, JJ., concur.